United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS AGUILAR,

        Petitioner,

  v.

C. E. DUCART, Warden,

        Respondent.

Case No. 15-cv-00266-HSG (PR)

**JUDGMENT**

      This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/4/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge